**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

No. 19-3753 JJO

**UNITED STATES OF AMERICA**

vs.

**ROBERTO ADAM GARCIA**

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
   ___Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
   ___Yes  X  No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:   _____
YARA L. KLUKAS
Assistant United States Attorney
Florida Bar No. 73101
99 N. E. 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9102
Yara.Klukas@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ROBERTO ADAM GARCIA<br><br>*Defendant(s)* | Case No. 19-3753 JJO |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 29, 2019__ in the county of __Miami-Dade__ in the __Southner__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Inspector Michael Morales, Federal Protective Serv.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/30/19

_____
*Judge's signature*

City and state: Miami, Florida

Chief Magistrate Judge John O'Sullivan
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Inspector Michael Morales, being first duly sworn, hereby depose and state as follows:

1. I am a federal officer with the Federal Protective Service ("FPS") / Department of Homeland Security, and have more than 23 years of experience as a police officer, 16 years of which are as a local police officer, three as a Military Police Officer, and four years of which are with the Department of Homeland Security. I have attended several law enforcement training programs thru the Federal Law Enforcement Training Center to include the Uniformed Police Training Program, where I learned about the investigative process. I have several certifications in conducting law enforcement investigations.

2. This affidavit is based upon my personal knowledge and information, as well as information provided to me by other law enforcement officers. Furthermore, this affidavit is submitted for the purpose of establishing probable cause and therefore does not contain all the facts known to me relating to this investigation.

3. This affidavit is submitted in support of a criminal complaint charging ROBERTO ADAM GARCIA with violating 18 U.S.C. § 111(a)(1)-forcibly assault, resisting, or impeding federal officers.

4. On October 29, 2019, at approximately 4:30 pm, a Protective Security Officer (PSO)[1] was completing his regular rounds, when he saw GARCIA asleep in the bushes at the Wilkie D. Furguson Jr. Federal Courthouse in Miami, Florida. This property is owned by the General Services Administration ("GSA") and protected by FPS.

---

[1] The PSO was on duty and was a contract officer of the Federal Protective Service, employed to assist the Federal Protective Service in or on account of the performance of official duties.

1

5. The PSO took a picture of GARCIA with his cell phone and then nudged GARCIA, telling him to leave the property. GARCIA replied with "leave me alone or I'll fuck you up." GARCIA then got up and pushed the PSO with both hands, knocking him backwards.

6. The PSO backed up and drew his expandable baton. GARCIA then picked up a piece of concrete about the size of his fist and told the PSO to put down his baton. When the PSO refused, GARCIA threw the rock at the PSO, narrowly missing his head. This caused the PSO to strike GARCIA several times with his baton.

7. GARCIA then picked up two beer cans that he had with him and attempted to flee the area by walking south along ~~first~~ [NW 1st Ave] and then under the courthouse breezeway near the intersection of ~~NW 2nd~~ [N. Miami Ave] Ave and NW 3rd Street. The PSO continued to yell for GARCIA to stop, but GARCIA failed to stop. GARCIA walked during this time about 500 feet. When another identified PSO was able to catch up with GARCIA, he also told GARCIA several times to stop, GARCIA continued to yell "no, no, no," and that he wanted to go home. The PSOs had to use an arm bar technique to get control of GARCIA and were able to detain him. GARCIA was treated for his injuries.

8. After his arrest, GARCIA spontaneously stated that he had been fighting with his girlfriend when he decided to sleep in the bushes at the courthouse. GARCIA smelled of alcohol and was found with two cans of natural ice beer. Nine hours after arrest, GARCIA was processed at the Federal Detention Center and at that time tested on a Portable Alcohol Sensor with results of 0.12 blood alcohol content.

9. Based on the foregoing, I respectfully submit that probable cause exists that GARCIA violated Title 18, United States Code, Section 111(a)(1).

_____
Michael Morales
Inspector
Federal Protective Service

Sworn to me before and subscribed in my presence,
this 30 day of October, 2019

_____
HONORABLE JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE